UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00260-19 |
| ) | JUDGE HAYNES |
| ) | |
| BASHIR YASIN MOHAMUD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to reconsider the Court's Detention Order and reopen the detention hearing (Docket Entry No. 741) is **GRANTED**, but the Order of detention (Docket Entry No. 332) is **AFFIRMED**.

It is so **ORDERED**.

ENTERED this the 15th day of December, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge