UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00260-19 |
| | ) JUDGE HAYNES |
| BASHIR YASIN MOHAMUD (19) | ) |

*[Handwritten note: Denied. This motion is not authorized. [signature] 1-17-12]*

## DEFENDANT BASHIR YASIN MOHAMUD'S MOTION FOR LEAVE TO ADOPT PREVIOUSLY FILED PRETRIAL MOTIONS BY CO-DEFENDANTS

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves the Court to allow him to adopt the motions and arguments of all previously filed motions by other co-defendants which equally apply to him, which includes but are not limited to the Motion for Change of Venue and Memorandum of Law filed by Defendant Andrew Kayachith (D.E. #1109).

In support of Defendant Kayachith's motion, undersigned counsel is filing an affidavit particularized as to Defendant Mohamud. Undersigned counsel personally met with Defendant Mohamud at Warren County Regional Jail on January 12, 2012, and discussed it with him. Defendant Mohamud has authorized undersigned counsel to join this motion.

This Motion does not waive Defendant's previous request for an extension of time to file other pretrial motions, in addition to those that he has already filed. (D.E. #1053).

1