UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00260-19 |
| | ) JUDGE HAYNES |
| BASHIR YASIN MOHAMUD (19) | ) |

### DEFENDANT BASHIR YASIN MOHAMUD'S MOTION TO JOIN DEFENDANT FATAH HAJI HASHI'S *BRADY* MOTION TO DISCLOSE FAVORABLE INFORMATION (DOCKET ENTRY #2160)

*[handwritten: DNWSM / The motion to join is GRANTED / William J. Haynes / 3-29-12]*

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves the Court to join in the motion of Defendant Fatah Haji Hashi for disclosure of *Brady* material set forth in his motion.

Although the Defendant Mohamud has been severed from the present trial, to the extent that any Brady material exists concerning any matter in this case, any order of disclosure should also apply to Defendant Mohamud.

Respectfully Submitted,

/s/ Bob Lynch, Jr.
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Bashir Mohamud*

1