UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00260-19 |
| | ) Judge Haynes |
| BASHIR YASIN MOHAMUD (19) | ) |

**DEFENDANT BASHIR YASIN MOHAMUD'S MOTION TO JOIN CO-DEFENDANT ABDULLAHI SADE AFYARE'S MOTION FOR DAUBERT HEARING AND MOTION TO PRESENT RULE 412 EVIDENCE OF JANE DOE NO. 2'S PRIOR SEXUAL BEHAVIOR**

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves the Court to permit him to join co-defendant Abdullah Sade Afyare's Motion for Daubert Hearing (*see* D.E. #3276), and Motion to Present Rule 412 Evidence of Jane Doe No. 2's Prior Sexual Behavior (*see* D.E. #3277.)

*[handwritten notation: ORDER / Thereupon so Granted / Will [signature] / 9/19/13]*

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Bashir Mohamud*

1