UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00260-19 |
| | ) Judge Haynes |
| BASHIR YASIN MOHAMUD (19) | ) |

## DEFENDANT BASHIR YASIN MOHAMUD'S MOTION TO JOIN CO-DEFENDANT MOHAMUD SHARIF OMAR'S MOTION TO REVEAL STATEMENTS THE GOVERNMENT INTENDS TO USE AS A CO-CONSPIRATOR STATEMENTS

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves the Court to permit him to join co-defendant Mohamud's Sharif Omar's Motion to Reveal Statements the Government Intends to Use as Co-Conspirator Statements. (See D.E. #3279).

*[Handwritten: This motion is GRANTED. [signature] 9-19-13]*

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Bashir Mohamud*

1