UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:10-00260-19 |
| | ) JUDGE HAYNES |
| BASHIR YASIN MOHAMUD (19) | ) |

*[Handwritten annotation: ORDER Upon the Government's appeal, this motion is DENIED without prejudice to renew. /s/ Judge 1-9-14.]*

## DEFENDANT BASHIR YASIN MOHAMUD'S SECOND MOTION FOR SEVERANCE PURSUANT TO RULE 8(a) AND 14 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Comes now the Defendant, Bashir Yasin Mohamud (hereinafter "Defendant"), by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves for a severance from a joint trial with the co-defendants pursuant to Rule 8(a) and 14 of the Federal Rules of Criminal Procedure. The Defendant is filing a Memorandum of Law in support of this Motion.

Respectfully Submitted,

/s/ Bob Lynch, Jr.
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Bashir Mohamud*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been electronically delivered to Van Vincent, Assistant United States Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203 and all counsel of record for co-defendants, on this 11th day of January, 2012.

/s/ Bob Lynch, Jr.
**Bob Lynch, Jr.**

1