UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00260-19 |
| | ) | JUDGE HAYNES |
| BASHIR YASIN MOHAMUD | ) | |

### DEFENDANT BASHIR YASIN MOHAMUD'S PRE-TRIAL MOTIONS

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and respectfully files his pre-trial motions as follows:

1. Motion to Dismiss under Fed. R. Crim. 12(b)

2. Motion for a Bill of Particulars

3. Motion for Severance under both Fed. R. Crim. 8(a) and (b) and Rule 14

4. Motion for Pre-Trial Release Pursuant to 18 U.S.C. § 3142

In support of these motions, the Defendant is relying on his Memorandum of Law with attached Exhibits A – H filed under seal, and attached Exhibits I-J.

The Defendant is requesting that a hearing on these motions.

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant*

[Handwritten annotation: ORDER — In light of the Government's appeal, this motion is DENIED without prejudice to renew. /s/ [Judge] 1-9-14]

1